UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| James Woods, | § § § | |
| Plaintiff, | § § | |
| versus | § | Civil Action H-09-2541 |
| Charles Russ, et al., | § § § | |
| Defendants. | § § | |

## Order

The plaintiff must issue summons on all defendants no later than September 21, 2009.

Signed on September 16, 2009, at Houston, Texas.

Lynn N. Hughes  
United States District Judge